# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

KEVIN S. CUTLER                              :     NO.: 3:02CV1989 (GLG)

v.                                           :

WILLIAM PROULX, JON STOSUY,                  :
LISA FREEMAN, JANE/JOHN DOE,                 :
MARK J. SIROIS, CHIEF OF THE EAST            :
HARTFORD POLICE DEPARTMENT,                  :
and THE TOWN OF EAST HARTFORD                :     OCTOBER 22, 2003

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

In accordance with Rule 6(b) of the Federal Rules of Civil Procedure, the

undersigned plaintiff respectfully requests a fourteen (14) day extension of time

to respond to the Defendants' Motion to Compel directed to the plaintiff dated

October 3, 2003.

Despite diligent efforts, this extension request is necessary due to plaintiff

counsel's recent myriad of depositions and heavy caseload.

Defense counsel has no objection to this request.  This is the first request

for an extension of time to respond to Defendants' Motion to Compel.

PLAINTIFF, KEVIN S. CUTLER

BY: _____
David K. Jaffe, Esq.
Eisenberg, Anderson,
Michalik & Lynch LLP
Fed. Bar No. 04640
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Telephone: (860) 229-4855

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed via certified mail, postage prepaid on this 22nd day of October, 2003 to the following counsel of record:

Daniel C. Demerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

 

_____
David K. Jaffe
Commissioner of the Superior Court