

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | NO.: 3:02CV1939 (GLG) |
| v. | |
| WILLIAM PROULX, JON STOSUY, LISA FREEMAN, JANE/JOHN DOE, MARK J. SIROIS, CHIEF OF THE EAST HARTFORD POLICE DEPARTMENT, and THE TOWN OF EAST HARTFORD | OCTOBER 22, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

In accordance with Rule 6(b) of the Federal Rules of Civil Procedure, the undersigned plaintiff respectfully requests a fourteen (14) day extension of time to respond to the Defendants' Motion to Compel directed to the plaintiff dated October 3, 2003.

Despite diligent efforts, this extension request is necessary due to plaintiff counsel's recent myriad of depositions and heavy caseload.

Defense counsel has no objection to this request. This is the first request for an extension of time to respond to Defendants' Motion to Compel.

PLAINTIFF, KEVIN S. CUTLER

BY: *David K. Jaffe*
David K. Jaffe, Esq.
Eisenberg, Anderson,
Michalik & Lynch LLP
Fed. Bar No. 04640
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Telephone: (860) 229-4855

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
10.28.03