**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
KEVIN S. CUTLER,                    :
                                    :
        Plaintiff,                  :         ORDER
                                    :
    -against-                       :
                                    :         3: 02 CV 1939 (GLG)
WILLIAM PROULX, JON STOSUY, et al.,:
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's Motion to Compel [Doc. #21] filed October 6, 2003, is hereby **Denied, without prejudice as being essentially moot.**

        **SO ORDERED.**

**Dated:**  **December 9, 2003**
           **Waterbury, CT**                    _____/s/_____
                                                  **Gerard L. Goettel**
                                                      **U.S.D.J.**