UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, | : | |
| ET AL | : | DECEMBER 11, 2003 |

### DEFENDANTS' RENEWED MOTION TO COMPEL

The defendants, Officers William Proulx and Jon Stosuy, et al., pursuant to F.R.C.P. Rule 37, hereby renew their request for this Court to issue an Order compelling the plaintiff, Kevin Cutler, to provide the defendants with medical and employment authorizations. In support thereof, the defendants represent:

1. The above documents were properly requested by way of Defendants' First Set of Interrogatories and Request for Production, dated February 23, 2003, and their Second Set of Requests for Production, dated July 14, 2003;

2. The defendants filed a timely Motion to Compel dated October 3, 2003, to compel the production of medical and employment authorizations, previously promised by opposing counsel;

ORAL ARGUMENT IS REQUESTED

3. The Court denied the defendants Motion to Compel (#26), without prejudice, as being "essentially moot";

4. Undersigned counsel has not received medical or employment authorizations; thus, respectfully submitted, the defendants represent that the original motion to compel is not moot;

5. The defendants submit that the plaintiff still has not complied with the defendants' discovery requests.

The defendants hereby adopt the memorandum of law attached to their original Motion to Compel (#21), as if fully set forth herein. The defendants submit that the plaintiff has placed his medical and mental condition at issue in this case, in addition to his past employment history. The requested authorizations are necessary in order for the defendants to obtain <u>all</u> relevant and material documents, and fully prepare the defense of this case for trial.

WHEREFORE, the defendants respectfully request that this Court grant this renewed motion to compel, and issue an order compelling the disclosure of medical and employment authorizations.

        DEFENDANTS,
WILLIAM PROULX, JON STOSUY,
LISA FREEMAN, JANE/JOHN DOE,
MARK J. SIROIS, CHIEF OF THE EAST
HARTFORD POLICE DEPARTMENT,
and THE TOWN OF EAST HARTFORD


By_____
  Daniel C. DeMerchant
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  ct19342

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 11th day of December, 2003.

David K. Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033


_____
Daniel C. DeMerchant