**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
KEVIN S. CUTLER,                    :
                                    :
       Plaintiff,                   :         ORDER
                                    :
    -against-                       :
                                    :    3: 02 CV 1939 (GLG)
WILLIAM PROULX, JON STOSUY, et al.,:
                                    :
       Defendant.                   :
------------------------------------X
```

Defendant's Renewed Motion to Compel the disclosure of medical and employment authorizations [Doc. #27], filed December 15, 2003, is **granted**.

**SO ORDERED.**

**Dated:  January 22, 2004**
**Waterbury, CT**                     /s/
                              **Gerard L. Goettel**
                                 **U.S.D.J.**