UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| v. | : | |
| WILLIAM PROULX, JON STOSUY, LISA FREEMAN, JANE/JOHN DOE, MARK J. SIROIS, CHIEF OF THE EAST HARTFORD POLICE DEPARTMENT, and THE TOWN OF EAST HARTFORD | : | MAY 11, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 16(b), the defendants, William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford, hereby move the Court for an enlargement of time of sixty (60) days, up to and including **August 15, 2004**, in which to file dispositive motions in the above matter. The defendants represent as follows in support of this motion for enlargement:

1. The defendants require full compliance with their discovery requests before deposing the plaintiff;

2. The defendants filed a Renewed Motion for Order, dated December 12, 2003, concerning outstanding discovery, which has yet to be ruled upon by the Court;

ORAL ARGUMENT IS NOT REQUESTED

3. Nevertheless, due to the impending deadline of June 15, 2004 to file dispositive motions, the defendants noticed the deposition of the plaintiff for May 18, 2004;

4. On May 11, 2004, the defendants received a letter from plaintiff's counsel requesting that the undersigned reschedule the plaintiff's deposition for mid to late June, reasoning that he is on trial in the New Haven Superior Court. (**Exhibit A**);

Based on the foregoing, the defendants respectfully request an enlargement of sixty days to file dispositive motions, as they will need to depose the plaintiff before researching relevant law, drafting and filing the motions.

The undersigned has attempted to contact Attorney Jaffe, counsel for the plaintiff, but has not received a response. The defendants have not sought any prior enlargements of time to respond to filing dispositive motions.

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including **August 15, 2004**, be granted.

DEFENDANTS,
WILLIAM PROULX, JON STOSUY,
LISA FREEMAN, JANE/JOHN DOE,
MARK J. SIROIS, CHIEF OF THE EAST
HARTFORD POLICE DEPARTMENT,
and THE TOWN OF EAST HARTFORD

By_____
Daniel C. DeMerchant
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
ct19342

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of May 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Jared Cohane, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

_____
Daniel C. DeMerchant

# EISENBERG, ANDERSON, MICHALIK & LYNCH LLP
## ATTORNEYS & COUNSELORS AT LAW

STEPHEN J. ANDERSON
ROBERT A. MICHALIK
EDWARD T. LYNCH, JR. •
CHARLES W. BAUER
DENNIS G. CICCARILLO
PAMELA R. REYNOLDS
JOANN C. SILVIA ✝
PETER N. UPTON
LAURIE G. DENIGRIS
GREGORY J. SPUCHES ✝
DAVID K. JAFFE
BRUCE A. ZAWODNIAK •
DAVID G. JORDAN
JARED COHANE

• ALSO ADMITTED IN D.C.
✝ ALSO ADMITTED IN N.Y.
* ALSO ADMITTED IN MA

136 WEST MAIN STREET
P.O. BOX 2950
NEW BRITAIN, CONNECTICUT
06050-2950
(860) 229-4855
FAX (860) 223-4026

16 SAYBROOK ROAD
ESSEX, CONNECTICUT
06426
(860) 767-9191
FAX (860) 767-2740

URL ADDRESS
HTTP://WWW.EAML.COM

May 6, 2004

Daniel C. DeMerchant, Esq.
Howd and Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06106

RECEIVED
MAY 11 2004
BY:................

Re:  **Cutler v. Proulx, et al**
     **Our file: 18533.7001**

Dear Attorney DeMerchant: *Dan*

I am in receipt of your deposition notice of my client, Kevin Cutler, for May 18, 2004. However, I am in the middle of a civil rights trial at the New Haven Superior Court which I anticipate will continue at least to the end of the month. Therefore, kindly reschedule this matter to a later date, preferably mid to late June.

Thank you very much.

Very truly yours,

David K. Jaffe

DKJ/ng