### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN CUTLER | : | NO.: 3:02CV1939 (GLG) |
| VS. | : | |
| TOWN OF EAST HARTFORD, ET AL. | : | MAY 14, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Jared Cohane, hereby moves to withdraw his appearance as counsel for Kevin Cutler on the basis that the undersigned tendered his resignation to Eisenberg, Anderson, Michalik & Lynch, LLP, and is no longer employed by Eisenberg, Anderson, Michalik & Lynch, LLP.

1. Jared Cohane has filed his appearance in this matter on behalf of the plaintiff, Kevin Cutler, when he was an associate at Eisenberg, Anderson, Michalik & Lynch, LLP.

2. Attorney David K. Jaffe of Eisenberg, Anderson Michalik & Lynch, LLP is the lead attorney on Mr. Cutler's case, and continues to represent Mr. Cutler.

JC/0/0/673812v1
05/14/04-HRT/

3.  Attorney Daniel D. Dwyer is co-counsel on the matter and continues to represent Mr. Cutler.

4.  Jared Cohane is no longer employed by Eisenberg, Anderson, Michalik & Lynch, LLP, and is currently an attorney for Pepe & Hazard, LLP.

5.  Mr. Cutler's file remains with Attorney Jaffe at Eisenberg, Anderson, Michalik & Lynch, LLP.

6.  The undersigned has mailed a copy of this motion via certified mail to Mr. Cutler's last known address.

**WHEREFORE**, for all the foregoing reasons, the plaintiff requests that Attorney Jared Cohane be permitted to withdraw his appearance herein.

    PLAINTIFF: KEVIN CUTLER

    By_____
    Jared Cohane, of
    Pepe & Hazard LLP
    Fed. Bar No. ct 24264
    225 Asylum St., Goodwin Square
    Hartford, CT 06103
    Tel. No. (860) 241-2680
    Fax No. (860) 522-2796
    E-mail: jcohane@pepehazard.com

JC/0/0/673812v1
05/14/04-HRT/

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing motion was mailed, via first class mail to the following counsel of record this 14th day of May, 2004:

David K. Jaffe, Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
PO Box 2950
136 West Main Street
New Britain, CT 06050-2950

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Daniel D. Dwyer, Esq.
Dwyer, Sheridan & Fitzgerald LLC
100 Seymour Sycamore Street
PO Box 537, Glastonbury, CT 06033

The undersigned further certifies that a copy of the foregoing was mailed, certified mail, return receipt requested to the Plaintiff at his last known address:

**Via Certified Mail**
Kevin Cutler
Inmate # 317429
Hartford Correctional Center
177 Weston Street
Hartford, CT 06120

Jared Cohane
Fed. Bar. Ct#24264

JC/0/0/673812v1
05/14/04-HRT/