**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
KEVIN S. CUTLER,                    :
                                    :
          Plaintiff,                :          **ORDER**
                                    :
     -against-                      :
                                    :     **3: 02 CV 1939 (GLG)**
WILLIAM PROULX, JON STOSUY, et al.,:
                                    :
          Defendant.                :
-----------------------------------X

Defendant's Motion for Enlargement of Time [Doc. #29] to

August 15, 2004 in which to file dispositive motions is **granted.**

          **SO ORDERED.**


**Dated:     May 18, 2004**
           **Waterbury, CT**        _____
                                              **/s/**
                                      **Gerard L. Goettel**
                                         **U.S.D.J.**