**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
KEVIN S. CUTLER,              :
                              :
        Plaintiff,            :        ORDER
                              :
    -against-                 :
                              :        3: 02 CV 1939 (GLG)
WILLIAM PROULX, JON STOSUY, et al.,:
                              :
        Defendant.            :
------------------------------X
```

    The motion for Jared Cohane to withdraw his appearance [Doc. # 30] is **granted**.

        **SO ORDERED.**

**Dated:   May 20, 2004**
**        Waterbury, CT**                           /s/
                                                **Gerard L. Goettel**
                                                **U.S.D.J.**