JUN 21 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | NO.: 3:02CV1939 (GLG) SRU |
| v. | |
| WILLIAM PROULX, JON STOSUY, ET AL | JUNE 18, 2004 |

## DEFENDANTS' MOTION FOR LEAVE OF COURT TO DEPOSE THE PLAINTIFF WHILE HE IS CONFINED IN PRISON

The defendants in the above-captioned matter, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, hereby respectfully request leave of court to depose **KEVIN S. CUTLER**, currently incarcerated at the Willard-Cybulski Correctional Institution, 391 Shaker Road, Enfield, Connecticut with an inmate number 317429. In support thereof, the defendants, through undersigned counsel, represent that Kevin Cutler is the plaintiff in the above captioned matter.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants respectfully request that this Court grant their motion for leave of court.

DEFENDANTS,
WILLIAM PROULX, JON STOSUY,
LISA FREEMAN, JANE/JOHN DOE,
MARK J. SIROIS, CHIEF OF THE EAST
HARTFORD POLICE DEPARTMENT,
and THE TOWN OF EAST HARTFORD

By_____
Daniel C. DeMerchant
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct19342

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 18th day of June, 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT 06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

_____
Daniel C. DeMechant