UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, | : | |
| ET AL | : | AUGUST 3. 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 16(b), the defendants, **William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford**, hereby move the Court for an enlargement of time of sixty (60) days, up to and including **October 15, 2004**, in which to file dispositive motions in the above matter.  The defendants represent as follows in support of this motion for enlargement:

1. The defendants require full compliance with their discovery requests before deposing the plaintiff;

2. The defendants filed a Renewed Motion for Order, dated December 12, 2003, concerning outstanding discovery, which has yet to be ruled upon by the Court;

ORAL ARGUMENT IS NOT REQUESTED

3. Nevertheless, due to the impending deadline of June 15, 2004 to file dispositive motions, the defendants noticed the deposition of the plaintiff for May 18, 2004;

4. On May 11, 2004, the defendants received a letter from plaintiff's counsel that the deposition be marked off (**Exhibit A**);

5. The defendants filed a motion for enlargement of the scheduling order deadline requesting until August 15, 2004 to file dispositive motions, which was granted by the Court;

6. The defendants noticed the plaintiff's deposition for June 30, 2004, only to be informed the plaintiff is incarcerated by the State;

7. The defendants promptly moved the Court for permission to depose the plaintiff while incarcerated by the State, which was granted;

8. The defendants noticed the plaintiff's deposition for July 21, 2004 (**Exhibit B**);

9. The plaintiff through counsel cancelled the July 21, 2004 deposition the day before it was to take place.

Based on the foregoing, the defendants respectfully request an enlargement of sixty days to file dispositive motions, as they will need to depose the plaintiff before researching relevant law, drafting and filing the motions.

The undersigned has contacted Attorney Jaffe, counsel for the plaintiff, who consents to this motion. The defendants have sought and received one prior enlargements of time to file dispositive motions.

        DEFENDANTS,
        WILLIAM PROULX, JON STOSUY,
        LISA FREEMAN, JANE/JOHN DOE,
        MARK J. SIROIS, CHIEF OF THE EAST
        HARTFORD POLICE DEPARTMENT,
        and THE TOWN OF EAST HARTFORD

By_____
  Daniel C. DeMerchant
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  ct19342

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 3rd day of August, 2004.


Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950


                                                                         _____
                                                                          Daniel C. DeMerchant