# EISENBERG, ANDERSON, MICHALIK & LYNCH LLP
## ATTORNEYS & COUNSELORS AT LAW

STEPHEN J. ANDERSON
ROBERT A. MICHALIK
EDWARD T. LYNCH, JR. •
CHARLES W. BAUER
DENNIS G. CICCARILLO
PAMELA R. REYNOLDS
JOANN C. SILVIA ✣
PETER N. UPTON
LAURIE G. DENIGRIS
GREGORY J. SPUCHES ✣
DAVID K. JAFFE
BRUCE A. ZAWODNIAK•
DAVID G. JORDAN
JARED COHANE

•ALSO ADMITTED IN D.C.
✣ALSO ADMITTED IN N.Y.
*ALSO ADMITTED IN MA

136 WEST MAIN STREET
P.O. BOX 2950
NEW BRITAIN, CONNECTICUT
06050-2950
(860) 229-4855
FAX (860) 223-4026

16 SAYBROOK ROAD
ESSEX, CONNECTICUT
06426
(860) 767-9191
FAX (860) 767-2740

URL ADDRESS
HTTP://WWW.EAML.COM

May 6, 2004

Daniel C. DeMerchant, Esq.
Howd and Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06106

Re:   **Cutler v. Proulx, et al**
      **Our file: 18533.7001**

Dear Attorney DeMerchant:

RECEIVED
MAY 1 1 2004
BY:..................

I am in receipt of your deposition notice of my client, Kevin Cutler, for May 18, 2004. However, I am in the middle of a civil rights trial at the New Haven Superior Court which I anticipate will continue at least to the end of the month. Therefore, kindly reschedule this matter to a later date, preferably mid to late June.

Thank you very much.

Very truly yours,

David K. Jaffe

DKJ/ng

EXHIBIT A