UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.:  3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, ET AL | : | |
| | : | JULY 9, 2004 |

### <u>RE-NOTICE OF DEPOSITION</u>

TO:    ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE that at **9:00 a.m.** on **Wednesday**, the **21st** day of **July, 2004**, at the Willard-Cybulski Correctional Institution, 391 Shaker Road, Enfield, Connecticut, the defendants, William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford, will take the deposition of the plaintiff, **Kevin S. Cutler, Inmate #317429** at the Willard-Cybulski Correctional Institution, upon oral examination pursuant to Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

    The oral examination shall continue from day to day until completed.  You are invited to attend and cross-examine.

EXHIBIT B

DEFENDANTS,
WILLIAM PROULX, JON STOSUY,
LISA FREEMAN, JANE/JOHN DOE,
MARK J. SIROIS, CHIEF OF THE EAST
HARTFORD POLICE DEPARTMENT,
and THE TOWN OF EAST HARTFORD

By _____
    Daniel C. DeMerchant
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    ct19342

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of July, 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Jared Cohane, Esquire
Eisenberg, Anderson, Michalik
  & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

Daniel C. DeMerchant