UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, ET AL | : | OCTOBER 5, 2004 |

### THIRD MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 16(b), the defendants, **William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford**, hereby move the Court for a brief enlargement of time of thirty (30) days, up to and including **November 15, 2004**, in which to file dispositive motions in the above matter. The defendants represent as follows in support of this motion for enlargement:

1. The defendants filed a second motion for enlargement of the scheduling order deadline requesting until October 15, 2004 to file dispositive motions, which was granted by the Court;

2. Said motion for enlargement details the history of this matter, and the continued problems with completing the plaintiff's deposition, including his incarceration by the State;

ORAL ARGUMENT IS NOT REQUESTED

3. The defendants noticed the plaintiff's deposition for July 21, 2004 following the Court's ruling permitting the defendants to depose the plaintiff while incarcerated;

4. The plaintiff through counsel cancelled the July 21, 2004 deposition the day before it was to be taken;

5. The defendants obtained a date that all counsel of record were available and re-noticed the deposition of the plaintiff for September 21, 2004;

6. At the close of business, September 20, 2004 the department of correction notified counsel of record that the facilities housing the plaintiff was instituting a two-day lock-down;

7. Accordingly, the deposition had to be cancelled due to no fault of either plaintiff's or defendants' counsel;

8. The defendants represent that they cannot now complete the plaintiff's deposition and meet the current scheduling order deadline of October 15, 2004 for the filing of dispositive motions.

Based on the foregoing, the defendants respectfully request a brief enlargement of thirty days to file dispositive motions, as they will need to depose the plaintiff before researching relevant law, drafting and filing the motions.

The undersigned has contacted Attorney Jaffe, counsel for the plaintiff, who consents to this motion. The defendants have sought and received two prior enlargements of time to file dispositive motions.

        DEFENDANTS,
        WILLIAM PROULX, JON STOSUY,
        LISA FREEMAN, JANE/JOHN DOE,
        MARK J. SIROIS, CHIEF OF THE EAST
        HARTFORD POLICE DEPARTMENT,
        and THE TOWN OF EAST HARTFORD

        By___/s/ Daniel C. DeMerchant__
          Daniel C. DeMerchant
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          ct19342

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 5th day of October, 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

                                                              /s/ Daniel C. DeMerchant