UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, | : | |
| ET AL | : | OCTOBER 4, 2004 |

## MOTION FOR ORDER

Pursuant to Rule 37(b), the defendants, **William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford**, hereby move the Court for an order compelling the plaintiff to disclose executed employment, medical and psychological authorizations, and any other remedy as this Court deems proper. The defendants represent as follows in support of this motion for order:

1. On or about October 3, 2003, the defendants moved the Court for an order compelling the plaintiff to disclose executed employment, medical and psychological authorizationsl;

2. The defendants' motion was granted by the Court on January 2004 (Order, **Exhibit A**);

ORAL ARGUMENT IS NOT REQUESTED

3. By way of correspondence dated February 9, 2004, the defendants demanding the disclosure of executed authorizations (Letter 2/9/04, **Exhibit B**);

4. By way of correspondence dated March 10, 2004, the defendants again demanded the disclosure of executed authorizations (Letter 3/10/04, **Exhibit C**);

5. By way of correspondence dated September 1, 2004, the defendants again demanded the disclosure of executed authorizations (Letter 9/1/04, **Exhibit D**);

6. The plaintiff has not provided executed authorizations despite this Court's order of January 2004 and the defendants' persistent demands that the plaintiff disclose these documents;

7. Discovery has been prolonged due to the plaintiff's failure to comply with this Court's Order, to the prejudice of the defendants.

Based on the foregoing, the defendants respectfully request an order under Rule 37(b) compelling the plaintiff to produce executed authorizations and any other relief as justice may require.

DEFENDANTS,
WILLIAM PROULX, JON STOSUY,
LISA FREEMAN, JANE/JOHN DOE,
MARK J. SIROIS, CHIEF OF THE EAST
HARTFORD POLICE DEPARTMENT,
and THE TOWN OF EAST HARTFORD


By ___/s/ Daniel C. DeMerchant__
   Daniel C. DeMerchant
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   ct19342

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 4th day of October, 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

　　　　　　　　　　　　　　　　　　　____/s/ Daniel C. DeMerchant___