Exhibit A

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
KEVIN S. CUTLER,                    :
                                    :
        Plaintiff,                  :       ORDER
                                    :
    -against-                       :
                                    :       3: 02 CV 1939 (GLG)
WILLIAM PROULX, JON STOSUY, et al., :
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's Renewed Motion to Compel the disclosure of medical and employment authorizations [Doc. #27], filed December 15, 2003, is **granted**.

       SO ORDERED.

Dated:    January 22, 2004
           Waterbury, CT                  /s/
                                              Gerard L. Goettel
                                              U.S.D.J.