Exhibit B

# HOWD & LUDORF

ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DoNFRANCISCO
JOHN J. RADSHAW, III◊
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD
ADAM P. MAURIELLO

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

February 9, 2004

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Re: Kevin S. Cutler v. William Proulx, et al
    H&L File No.: 136-16301

Dear Attorney Jaffe:

Enclosed please find employment and psychological authorizations for your client to execute in the above matter. These authorizations are being sent pursuant to the Court's decision, granting the defendants' Motion to Compel (Doc. #27).

Additionally, please have Mr. Cutler disclose all psychological counseling that he had undergone prior to the subject incident, including anger management counseling sessions referenced within Mr. Cutler's employment files.

With respect to the defendants' discovery compliance, the same has been completed and will be forwarded to your attention by the end of this next week.

Letter to Attorney David Jaffe
February 9, 2004
Re: Cutler v. Proulx, et al
Page 2

    Thank you in advance for your attention to the above, and, of course, do not hesitate to contact me should you have any questions concerning this matter.

Very truly yours,

Daniel C. DeMerchant

DCD/jkr
Encl.

## **AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION**

**Kevin S. Cutler**  
Patient's Name

4-20-65  
Date of Birth

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  
Social Security No.

I authorize the use or disclosure of my protected health information by _____ as specified below. I understand that signing this authorization is voluntary and that future treatment cannot be conditioned on my signing this authorization. I understand that I have the right to revoke this authorization at any time by providing a signed, written notice of such revocation, except to the extent that the health care provider has already taken action in reliance on the authorization. I understand that information is being released pursuant to this authorization at my request and that the information may no longer be protected by law or regulation, and may be redisclosed by the recipient.

1) Please use or disclose the following **mental health, psychiatric, psychological, psychosocial, and drug and alcohol abuse records** in your possession, if such information exists:
   [X]  The entire psychological record; or
   [ ]  Only the following limited health information: _____
   _____

2) The use or disclosure of health information should be limited to records from the following time frame:

   [X]  All information maintained by the health care provider, or
   [ ]  Only information maintained from: ___/___/___ to: ___/___/___

3) I hereby authorize and request the use or disclosure of the above-referenced health information to the law firm listed below:

   **Howd & Ludorf**
   **65 Wethersfield Avenue**
   **Hartford, CT 06114-1190**

If not previously revoked, this authorization will expire one year from the date signed below, unless I specify an earlier date here:      ___/___/___.

_____     _____
**Kevin S. Cutler**                                      Date
Signature of Patient
or Personal Representative

If signed by the patient's personal representative, describe the legal authority of the representative to act on behalf of the patient: _____

# HOWD & LUDORF

ATTORNEYS AT LAW

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

## EMPLOYMENT RECORDS AUTHORIZATION

TO:

I hereby authorize you to furnish to Howd and Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut, or its representative, any and all employment/personnel records in your possession, custody or control concerning **Kevin S. Cutler**, D.O.B. **4-20-65**, Social Security No. **#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**.

"Records" for purposes of this authorization shall include, but not be limited to, correspondence, wage/salary verification, any and all occupational verification records to include application for employment, medical records, workers' compensation records, disciplinary records, unemployment compensation records, payroll records, etc.

Upon presentation of this authorization, or a photocopy thereof, said attorneys or their representatives may personally review such records and obtain exact copies thereof.

This authorization does not expire until expressly withdrawn by the undersigned.

Date: _____        _____
                                                   Kevin S. Cutler

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION

**Kevin S. Cutler**　　　　　4-20-65　　　　　　　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
Patient's Name　　　　　　　Date of Birth　　　　　Social Security No.

　　　I authorize the use or disclosure of my protected health information by _____, as specified below. I understand that signing this authorization is voluntary and that future treatment cannot be conditioned on my signing this authorization. I understand that I have the right to revoke this authorization at any time by providing a signed, written notice of such revocation, except to the extent that the health care provider has already taken action in reliance on the authorization. I understand that information is being released pursuant to this authorization at my request and that the information may no longer be protected by law or regulation, and may be redisclosed by the recipient.

1) 　Please use or disclose the following health information, if such information exists:
   　　[X]　The entire medical record; or
   　　[ ]　Only the following limited health information: _____
   _____

2) 　The use or disclosure of health information should be limited to records from the following time frame:

   　　[X]　All information maintained by the health care provider, or
   　　[ ]　Only information maintained from: ___/___/___ to: ___/___/___

3) 　I hereby authorize and request the use or disclosure of the above-referenced health information to the law firm listed below:

   　　Howd & Ludorf
   　　Attn: Daniel C. DeMerchant
   　　65 Wethersfield Avenue
   　　Hartford, CT  06114-1190

If not previously revoked, this authorization, or a copy thereof, will expire one year from the date signed below, unless I specify an earlier date here:   ___/___/___.


_____　　　　　_____
**Kevin S. Cutler**　　　　　　　　　　　　　　Date
Signature of Patient
or Personal Representative

If signed by the patient's personal representative, describe the legal authority of the representative to act on behalf of the patient: _____