Exhibit D

# HOWD & LUDORF

ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◇
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◇
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III◇
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
CHRISTOPHER J. PICARD
JASON E. INDOMENICO
ALAN R. DEMBICZAK
DAVID W. COLWICK
CHRISTY H. DOYLE

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
ddemerchant@hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◇ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

September 1, 2004

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

Re:   Kevin S. Cutler v. William Proulx, et al
      H&L File No.:  136-16301

Dear Attorney Jaffe,

   We still await authorizations to obtain employment records from Mr. Cutler's past employers, in addition to authorizations to obtain medical and psychological treatment records. As you know, the court ordered the production of these authorizations some time ago.

   Additionally, employment records that have been forwarded in compliance with discovery requests disclose that Mr. Cutler was seeking counseling for anger management prior to the subject incident. Please have Mr. Cutler disclose the names of his counselors, and all other mental health providers he has seen, which was requested by way of defendants' first set of interrogatories.

   Kindly advise as to when we may be expecting the above authorizations so that we may proceed forward with the deposition of your client. Thank you.

Very truly yours,

Daniel C. DeMerchant

DCD/mag