UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, ET AL | : | OCTOBER 25, 2004 |

## FOURTH MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 16(b), the defendants, **William Proulx, Jon Stosuy, Lisa Freeman, Jane/John Doe, Mark J. Sirois, Chief of the East Hartford Police Department and the Town of East Hartford**, hereby move the Court for another brief enlargement of time of thirty (30) days, up to and including **December 15, 2004**, in which to file dispositive motions in the above matter. The defendants represent as follows in support of this motion for enlargement:

1. The defendants filed a third motion for enlargement of the scheduling order deadline requesting until November 15, 2004 to file dispositive motions, which was granted by the Court;

2. Said motion for enlargement details the history of this matter, and the continued problems with completing the plaintiff's deposition, including his incarceration by the State;

ORAL ARGUMENT IS NOT REQUESTED

3. At the close of business, September 20, 2004, the day before the plaintiff's deposition, the department of correction notified counsel of record that the facilities housing the plaintiff was instituting a two-day lock-down, which required the cancellation of the deposition;

4. The defendants renoticed the deposition of the plaintiff for October 22, 2004, which would have given the defendants enough time to draft and file dispositive motions by November 15, 2004;

5. In an unbelievable continuation of last-minute impediments, the Department of Corrections, the close of business that day before the October 22, 2004 deposition, notified my assistant that the plaintiff had been moved from the Willard facility to the Storrs facility;

6. On this date, I was also informed that plaintiff's counsel could not attend the deposition due to a last minute criminal matter, and that his associate was the only person who would be able to appear and represent the plaintiff;

7. The associate for the plaintiff's counsel, Attorney Jeffrey Potter, is believed to be up for consideration for employment at Howd & Ludorf, the defendants' counsel's office, and plaintiff's counsel (with understanding of the undersigned) did not want the outward appearance of any impropriety;

      8.      Due to the above, the plaintiff's deposition was cancelled.

The defendants, through their counsel, represent that this will be the fourth short continuance requested and understand the Court's possible reluctance to grant such continuance. Nevertheless, the defendants respectfully submit that, due to events wholly out of their control, they have been unable to obtain the plaintiff's deposition and necessitate this continuance to obtain the same and complete dispositive motions.

The defendants further represent that counsel of record have initiated settlement negotiations and that a further continuance would deter the necessity for incurring immediate, substantial litigation expenses, which may have a negative impact concerning these negotiations.

The undersigned has contacted Attorney Jaffe, counsel for the plaintiff, who consents to this motion.

WHEREFORE, the defendants respectfully request that this Court grant this Motion and enlarge the deadline for filing dispositive motions to December 15, 2004.

        DEFENDANTS,
        WILLIAM PROULX, JON STOSUY,
        LISA FREEMAN, JANE/JOHN DOE,
        MARK J. SIROIS, CHIEF OF THE EAST
        HARTFORD POLICE DEPARTMENT,
        and THE TOWN OF EAST HARTFORD

By\_\_\_/s/ Daniel C. DeMerchant\_\_
   Daniel C. DeMerchant
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   ct19342

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 25th day of October, 2004.

Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

                                                                     ____/s/ Daniel C. DeMerchant____