UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.:  3:02CV1939 (SRU) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, | : | |
| ET AL | : | DECEMBER 15, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, **Officer William Proulx, Officer Jon Stosuy, Sergeant Lisa Freeman, John or Jane Doe, Chief Mark Sirois** and **The Town of East Hartford**, hereby move for summary judgment as to all counts of the plaintiff, Kevin Cutler's, Complaint dated October 28, 2002.  As is more particularly set forth in the accompanying memorandum of law, supporting exhibits and Local Rule 56 (a)(1) statement, the defendants are entitled to summary judgment, as a matter of law, for the following reasons:

1. As to Count One, the plaintiff's claim against John or Jane Doe is barred as a matter of law;

2. As to Count One, the plaintiff fails to establish a cause of action pursuant to 42 U.S.C. §§ 1983 and 1988 because he fails to establish that the defendants' violated his rights protected by the Federal Constitution for false arrest, excessive force or unlawful seizure.  In the alternative, the defendants have qualified immunity.

3. As to Counts One, Two and Three, the plaintiff's Fourteenth Amendment substantive due process claims fail as they are covered by the specific text

of the Fourth Amendment.  In the alternative, the defendants' conduct was neither extreme nor outrageous.

4.  As to Counts One, Two and Three, the plaintiff's Fourteenth Amendment equal protection claims fail as there was no equal protection violation.

5.  As to Count Four, the plaintiff's state law claims fail as the defendants conduct was reasonable and lawful;

6.  As to Count Four, the defendants are protected by governmental immunity for any alleged negligent conduct;

7.  As to Count Four, the plaintiff fails to establish a violation of a right protected by the Connecticut Constitution, nor does Connecticut recognize such cause of action;

8.  As to Count Five, the plaintiff fails to establish a violation of the Connecticut Dog Bite Statute as the statute does not apply to municipal officers subject to governmental immunity and/or the plaintiff was committing a tort at the time of the bite;

9.  As to Count Six, summary judgment should issue because the plaintiff's Monell claims fail if the officers did not commit a constitution violation.  The plaintiff's claims are unsupported by the facts of the case.  Alternatively, defendant Chief Sirois is immune from liability pursuant to qualified immunity.

WHEREFORE, the defendants, **Officer William Proulx, Officer Jon Stosuy, Sergeant Lisa Freeman, John or Jane Doe, Chief Mark Sirois** and **The Town of East Hartford,** respectfully request that their Motion for Summary Judgment be granted.

> DEFENDANTS,
> WILLIAM PROULX, JON STOSUY,
> LISA FREEMAN, JANE/JOHN DOE,
> MARK J. SIROIS, CHIEF OF THE EAST
> HARTFORD POLICE DEPARTMENT,
> and THE TOWN OF EAST HARTFORD

> By___/s/ Daniel C. DeMerchant__
>    Daniel C. DeMerchant
>    Howd & Ludorf
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    (860) 249-1361
>    ct19342

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail to the following counsel of record this 15th day of December, 2004.


Daniel D. Dwyer, Esquire
Dwyer, Sheridan & Fitzgerald, LLC
100 Sycamore Street
P.O. Box 537
Glastonbury, CT  06033

David Jaffe, Esquire
Eisenberg, Anderson, Michalik
  & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950


_____/s/ Daniel C. DeMerchant___