JUN. 06. 2002 (THU) 10:12    H0SEGUR                    PAGE. 4/12

**COMPLAINT/CASE SHEET**

EAST HARTFORD, CONNECTICUT

| CASE # | LOCATION | TIME OF INC. | DATE OF INC. | TIME REP. | DATE REP. | OFFICER'S NAME |
|---|---|---|---|---|---|---|
| 01-35479 | 58 Ellington Rd | 0945 | 11/6/01 | 0945 | 11/6/01 | Stasuly |

| TYPE OF COMPLAINT | AMOUNT LOST | AMOUNT RECOVERED | FBI CLASS CODE | DISTRICT |
|---|---|---|---|---|
| MV Violation | | | | 70/25 |

REFERENCE KEY: C-COMPLAINANT, V-VICTIM, W-WITNESS, A-ARRESTEE, J-JUVENILE, O-OTHER

| KEY | NAME | ADDRESS | DOB | SEX | RACE | TELEPHONE |
|---|---|---|---|---|---|---|
| C | Ofc. J. Stasuly #132 | EHPD Traffic Div. | | | | |
| A | Kevin S. Cutler | 703 Twin Circle Dr. So. Windsor | 4/20/65 | M | W | |

**RECEIVED JUN 5 2002 TOWN OF EAST HARTFORD**    (Page 1)    **COPY**

**VEHICLES INVOLVED**

| MAKE | TYPE | YR. | COLOR | VIN. NO. & REG. | O=OWNER / D=DRIVER | OPERATOR'S LICENSE # / STATE |
|---|---|---|---|---|---|---|
| Nissan | Altima | 02 | Gry | 233·RFP | O: Nissan Inf. LT  D: Arrestee | 044533642 CT |

On the above date & time I was parked near #58 Ellington Rd, monitoring traffic speeds with Laser Unit #2 (Ser. #26623). I observed a silver vehicle traveling south on Ellington Rd, at a very high rate of speed. I targeted this vehicle with my lasergun and found it to be traveling 86 MPH in a posted 45 MPH zone. This vehicle was also changing lanes erratically and passing other southbound traffic. I went after the speeding vehicle and attempted to stop it with my emergency lights and siren. The vehicle accelerated and continued south onto Main St. As it approached McKee St, other vehicles were stopped at the red light. The silver vehicle slowed down, went around several stopped vehicles and took a left through

Subscribed and sworn to before me this 6th day of Nov 2001, Signed _____ in the East Hartford Police Department, In the State of Connecticut. Auth: C.G.S.A. 1-24

| ARRESTEE | CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4 | PREV. RECORD | ARREST # |
|---|---|---|---|---|---|---|
| Kevin S. Cutler | 14-219(a) | 14-222 | 14-223 | 53a-167a | | 1264780 |
| | 53a-64 | 53-132a | | | | 1264781 |

| AMOUNT | BOND TYPE | COURT DATE | SUPERVISOR | BACK-UP OFFICER | CONT. REP. ATTACHED |
|---|---|---|---|---|---|
| | | | | 137, 233, 198, 130 | ✓ |

Officer's signature #132  Date 11/6/01   Approved by ___ Date 11-6-01

NARRATIVE (A) IDENTIFY ADDITIONAL SUSPECTS, (B) RECONSTRUCT THE CRIME, (C) DESCRIBE PHYSICAL EVIDENCE, LOCATION FOUND AND GIVE DESCRIPTION, D) SUMMARIZE OTHER DETAILS RELATING TO CRIME, (E) TIME AND LOCATION WHERE VICTIM/WITNESS CAN BE CONTACTED BY DAY INVESTIGATORS, IF NO AVAILABLE PHONE NUMBERS. (USE REFERENCE KEY) (F) USE LOST/STOLEN PROPERTY REPORT TO ITEMIZE PROPERTY LOST/STOLEN.

PAGE. 5/12

# EAST HARTFORD POLICE DEPARTMENT
EAST HARTFORD, CONNECTICUT

SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11/6/01 | 11/6/01 0945 | MV Violation |
| IF STATEMENT GIVEN BY: | TAKEN BY: | WHERE TAKEN: (PAGE 2) | DATE/TIME TAKEN |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS. YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY MAY BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH AN ATTORNEY BEFORE YOU ARE QUESTIONED, AND MAY HAVE AN ATTORNEY PRESENT DURING QUESTIONING. IF YOU CANNOT AFFORD AN ATTORNEY ONE WILL BE APPOINTED YOU IF YOU WISH PRIOR TO QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS, YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME.

SIGNED _____

An opening in the median, at Main St and McKee St. The vehicle then accelerated and traveled North on Main St, continuing at a very high rate of speed. I followed the vehicle North on Main St onto Northbound Ellington Rd. Throughout this incident the emergency lights and siren were activated on my fully marked police vehicle. The vehicle continued North on Ellington Rd at a high rate of speed, in an apparent attempt to evade me. As the subject vehicle approached the area of #233 Ellington Rd, I observed that traffic had begun to slow from red control signal near #265 Ellington Rd. The subject slowed his vehicle and appeared to be looking for a way to get around them. At this time I pulled my vehicle along the left rear of the subject vehicle. I observed the operator looking in his mirrors at my vehicle. Traffic was nearly stopped and the subject vehicle had no escape route. The subject vehicle stopped near #233 Ellington Rd. The subject operator began to yell that he had done nothing wrong. I ordered the subject to shut off the vehicle and keep his hands in plain view. The subject shut off the vehicle and then exited the vehicle, and began walking towards me and the rear of the car. (cnt.)

Subscribed and sworn to before me a S+ _____ in the East Hartford Police Department, In the State of Connecticut
This 6th day of Nov 2001. Signed _____ Auth: C.G.S. 1-24

| INVESTIGATING OFFICER | DATE | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO |
|---|---|---|---|---|---|
|  | 11/6/01 |  |  |  |  |

STATUS ☐ OPEN ☐ CLOSED    APPROVED BY ____    DATE 11-6-01

JUN. 06. 2002 (THU) 10:13   HD&COH   PAGE. 6/12

# EAST HARTFORD POLICE DEPARTMENT
EAST HARTFORD, CONNECTICUT

SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11/6/01 | 11/6/01 0945 | MV Violation |
| IF STATEMENT GIVEN BY: | TAKEN BY: | WHERE TAKEN: (Page 3) | DATE/TIME TAKEN |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS. YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY MAY BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH AN ATTORNEY BEFORE YOU ARE QUESTIONED, AND MAY HAVE AN ATTORNEY PRESENT DURING QUESTIONING. IF YOU CANNOT AFFORD AN ATTORNEY ONE WILL BE APPOINTED YOU IF YOU WISH PRIOR TO QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS, YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME

SIGNED _____

I ordered the subject to turn and place his hands on the trunk of the car. The subject refused and became argumentative. At this I forcibly placed the subject against his vehicle. The subject began to struggle with me and attempted to escape from my grasp. I pinned him against the vehicle and attempted to gain control of him in order to handcuff and secure him. At this time Ofc. Proulx arrived as back-up. Myself and Ofc. Proulx attempted to control the resisting subject, as well as keeping clear of Ellington Rd vehicular traffic. Ofc. Proulx used his K-9 Dakota to take control of the subject. The subject continued to struggle, but was finally secured with handcuffs. While the subject was handcuffed and lying on the ground, he attempted to get his feet under him and get up. He was again restrained and ordered not to move.

During this incident Ellington Rd and Main St carrys moderate traffic with many side streets adjoining them. The area is a combination residential/commercial area with at least one school and a shopping center in the immediate area. The arrestee's actions and very reckless operation, placed many innocent motorists and pedestrians in danger and at risk of serious injury (cont)

Subscribed and sworn to before me this 6th day of Nov 2001. Signed _____ BS In the East Hartford Police Department, in the State of Connecticut. Auth: C.G.S. 1-24

| INVESTIGATING OFFICER #33 | DATE 11/6/01 | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO |
|---|---|---|---|---|---|
| STATUS ☐ OPEN ☐ CLOSED | | APPROVED BY BS | | | DATE 11-C-01 |

JUN. 06. 2002 (THU) 10:13    HDSEGUR    PAGE. 7/12

# EAST HARTFORD POLICE DEPARTMENT
EAST HARTFORD, CONNECTICUT                    SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11/6/01 | 11/6/01 0945 | MV Violation |
| IF STATEMENT GIVEN BY: | TAKEN BY: | WHERE TAKEN: (Page 4) | DATE/TIME TAKEN |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS. YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY MAY BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH AN ATTORNEY BEFORE YOU ARE QUESTIONED, AND MAY HAVE AN ATTORNEY PRESENT DURING QUESTIONING. IF YOU CANNOT AFFORD AN ATTORNEY ONE WILL BE APPOINTED YOU IF YOU WISH PRIOR TO QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS, YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME.

SIGNED _____

Once the subject was taken into custody, he was identified as Kevin S. Cutler (4/24/65) of 703 Twin Circle Dr. So. Windsor. The subject vehicle, Conn. Reg. 233·RFP a 2002 Gray Nissan Altima, is a leased vehicle. The subject vehicle was searched incident to arrest. During the search Ofc. Freeman found several computer components on the backseat. Two of these items were Logitech computer keyboards. The serial numbers on the keyboards had been blacked out with magic marker. (See supplement from Ofc. Freeman.) At this time the search moved to the trunk of the subjects vehicle. The only thing in the trunk was a Ruger Mini-14 Semi-Auto .223 Rifle, with 2 magazines of ammo, a 20 round magazine and a 30 round magazine. These items were seized and secured as evidence.

Mr. Cutler was transported to Manchester Memorial Hosp. for treatment of injuries suffered while resisting arrest.

Kevin Cutler was charged with, Speeding to Endanger, Reckless Driving, Engaging Police Pursuit, Interfering w/Police, Reckless Endangerment 2nd and Altering Serial Numbers.

Subscribed and sworn to before me is Sgt. _____ in the East Hartford Police Department, in the State of Connecticut
This 6th day of Nov 2001    Signed _____    Auth: C.G.S. 1-24

| INVESTIGATING OFFICER #132 | DATE 11/6/01 | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO |
|---|---|---|---|---|---|
| STATUS ☐ OPEN ☐ CLOSED | | APPROVED BY | | | DATE 11-6-01 |