UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | : NO.: 3:02CV1939 (GLG) |
| v. | : |
| WILLIAM PROULX, JON STOSUY, ET AL | : |

### **A F F I D A V I T**

I, **Officer Jon Stosuy**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. I have personal knowledge of the facts contained herein;

4. At all times mentioned herein, I was employed in the capacity of police officer with the East Hartford Police Department;

5. On November 6, 2001 at approximately 9:45 a.m, I was monitoring traffic speed on Route 5 approximately ½ mile south of the South Windsor/East Hartford border, the address being 58 Ellington Road;

6. With a laser unit, I recorded Kevin Cutler's vehicle traveling 86 mph in a posted 45 mph zone while heading south on Route 5;

7. I also observed the plaintiff's vehicle changing lanes erratically and passing other vehicles;

8. While operating a fully marked police cruiser, I activated my overhead lights and siren, and attempted to stop Mr. Cutler's vehicle;

9. I then observed Mr. Cutler's vehicle accelerate in what appeared to be an attempt to evade me;

10. As Mr. Cutler's vehicle approached an intersection where other vehicles were stopped for a red light, I observed him slow down, he went around several stopped vehicles, took a left through an opening in the median, completed a u-turn, and accelerated northbound at a high rate of speed;

11. I continued pursuit of Mr. Cutler's vehicle;

12. Within a short time, both our vehicles had approached a group of vehicles that had stopped for a red light and occupied both northbound lanes;

13. I observed Mr. Cutler slow his vehicle and look for a way to get around them;

14. I pulled alongside the left rear of the plaintiff's vehicle, and Mr. Cutler pulled to the right side of the road and stopped;

15. I then exited my police vehicle, and immediately ordered Mr. Cutler to turn off his engine and keep his hands in plain view;

16. At the same time, Mr. Cutler exited his vehicle and began walking toward the front of my police vehicle where I was standing;

17. I then ordered Mr. Cutler to place his hands on the trunk of the car, but he refused and became argumentative and uncooperative;

18. I attempted to forcibly place Mr. Cutler's hands against his vehicle; he pushed off the vehicle with his hands and attempted to resist my grasp;

19. During this time, I tried to do a quick pat down of the plaintiff for weapons, but could not complete my pat down due to Mr. Cutler's conduct in pushing off the car and attempting to spin around;

20. The roadway traffic on Route 5 near where I was struggling with Mr. Cutler was

moderate to heavy, with vehicles passing at speeds between 30-45 miles per hour and within feet of myself;

21. At this time, I still did not know if Mr. Cutler had a weapon on his person;

22. During the struggle, my focus was on controlling Mr. Cutler; I ordered Mr. Cutler several times to stay against his vehicle, and he failed to do so;

23. At some point, I became aware that Officer Proulx and his canine had arrived on the scene;

24. At this time, while Mr. Cutler was pushing off the car and into me, canine Dakota engaged Mr. Cutler; Mr. Cutler then went to the ground;

25. Mr. Cutler was resisting by tossing, turning, attempting to get up and poking at the canine;

26. During a short engagement, Officer Proulx called Dakota off and I was able to handcuff Mr. Cutler;

27. Sgt. Lisa Freeman arrived on the scene after the plaintiff had already been arrested and handcuffed;

28. In the rear passenger seat of the plaintiff's vehicle, in plain view, was several computer components, including computer keyboards;

29. A search of the backseat passenger compartment of Cutler's vehicle by Sgt. Freeman revealed that the keyboards had serial numbers obscured by black magic marker;

30. After observing the computer equipment and the obscured serial numbers, I searched the trunk of Mr. Cutler's vehicle in search of more stolen computer equipment or other contraband;

31.   While searching the trunk of the vehicle, I discovered a .223 caliber semiautomatic rifle with two fully loaded magazines holding 50 rounds of ammunition;

32.   The plaintiff was transported to police headquarters for booking; he also received medical attention for his bite wounds;

33.   I have been a police officer with the Town of East Hartford since 1981.

Dated at EHTFD, Connecticut, this 14TH day of December, 2004.

_____
Officer Jon Stosuy

STATE OF CONNECTICUT  )
                     ) ss: East Hartford
COUNTY OF            )

Subscribed and sworn to before me this 14th day of December, 2004.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My commission expires:~~