JUN. 06. 2002 (THU) 10:14   HD SECUR

**EAST HARTFORD POLICE DEPARTMENT**
EAST HARTFORD, CONNECTICUT

SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME OF INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11/6/01 | 11/6/01 0945 | M.V. Investion |

| # STATEMENT GIVEN BY | TAKEN BY | WHERE TAKEN | DATE/TIME TAKEN |
|---|---|---|---|

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS: YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU, IF YOU WISH, BEFORE ANY QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND MAY HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING.

WARNING UNDERSTOOD _____   SIGNED _____

---

I responded to Officer Stosuy's radio report that he was in pursuit N/B on Ellington Road of a vehicle that was possibly fleeing the scene of an accident.

I observed Officer Stosuy and Kevin Cutler in the area west of 233 Ellington Road. Officer Stosuy and Cutler were struggling in the road and I saw cars narrowly miss Officer Stosuy and Kevin Cutler — traffic travels fast through this area.

I warned Cutler to give up or I would release a trained police dog. Cutler refused to comply with Officer Stosuy and I commanded K-9 Dakota to apprehend Cutler. Dakota exited the police car and bit Cutler on his upper right hamstring. Cutler poked at Dakota's face and eyes and fought with the K-9 causing the dog to release and

Subscribed and sworn to before me a Sgt. _____ in the East Hartford Police Department, in the State of Connecticut this 6th day of Nov 19XX Signed _____ 198

Auth: C.G.S.A. 1-24

| INVESTIGATING OFFICER | DATE | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO |
|---|---|---|---|---|---|
| | 11/6/01 | | | | |

STATUS: ☐ UNFOUNDED  ☐ OPEN  ☐ CLOSED    APPROVED BY _____   DATE 11/6/01

JUN. 06. 2002(THU) 10:15   HOSEGUR                                    PAGE 10/12

# EAST HARTFORD POLICE DEPARTMENT
EAST HARTFORD, CONNECTICUT                                SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME OF INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 2t-32479 | 11/6/01 | 11/6/01 0945 | MV/weapon |

| IF STATEMENT GIVEN BY: | TAKEN BY: | WHERE TAKEN | DATE/TIME TAKEN |
|---|---|---|---|
|  |  |  |  |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS: YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU. IF YOU WISH, BEFORE ANY QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND MAY HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING.

Re-bite. The struggle continued for approximately one minute until he was handcuffed. I then commanded Dakota to release and get back into the police car which he did immediately.

Photos were taken of the suspect's injuries - both legs and the buttocks. Cutler was taken to an area hospital for medical treatment.

Subscribed and sworn to before me a 5gt. _____ in the East Hartford Police Department, In the State of Connecticut
this 6th day of Nov 19___ Signed _____ #98
Auth: C.G.S.A. 1-24

☐ UNFOUNDED  ☐ OPEN  ☐ CLOSED    APPROVED BY ____#98    DATE 11-6-01