UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | : NO.: 3:02CV1939 (GLG) |
| v. | : |
| WILLIAM PROULX, JON STOSUY, ET AL | : |

### **A F F I D A V I T**

I, **William Proulx**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. I have personal knowledge of the facts contained herein;

4. At all times mentioned herein, I was employed in the capacity of police officer with the East Hartford Police Department;

5. At all times mentioned herein, I was also a certified canine handler, so certified by the Connecticut State Police Canine Training Academy;

6. At all times mentioned herein, I was certified as a canine handler with the canine Dakota;

7. At all times mentioned herein, the canine Dakota was certified in the bite and hold technique of controlling a suspect;

8. On November 6, 2001 at approximately 9:45 a.m, I was on routine patrol when I heard Officer Stosuy's call for backup while in pursuit of vehicle northbound on Ellington Road;

9. Upon arriving at the scene of the stopped vehicles, I observed Officer Stosuy and the plaintiff struggling by the side of the plaintiff's vehicle and in the road, with passing cars narrowly missing the two;

10. The roadway traffic on Route 5 at the incident scene was moderate to heavy, with vehicles passing at speeds between 30-45 miles per hour;

11. In consideration of the danger caused to nearby traffic and the plaintiff's continuing struggle with Officer Stosuy, I immediately approached the two and, at the same time, ordered Kevin Cutler to stop resisting or the canine would be released by me;

12. Kevin Cutler continued to resist Officer Stosuy and I gave Dakota a command to engage the plaintiff;

13. Dakota complied and engaged the plaintiff on Mr. Cutler's upper right hamstring area of his leg and Mr. Cutler went to the ground;

14. Kevin Cutler continued to resist by poking at the canine's face and eyes, causing Dakota to bite, release and re-engage;

15. The struggle continued for approximately one minute until Kevin Cutler could be handcuffed and under control;

16. Dakota was ordered to release and return to my vehicle;

17. Sergeant Lisa Freeman arrived on the scene after the plaintiff had been handcuffed and seated off the road;

18. I have been a police officer with the Town of East Hartford since 1983;

19. In accordance with East Hartford Police Department procedure, Sergeant Timothy Irwin from the East Hartford Police Department investigated the dog bite;

20. Sergeant Irwin interviewed me concerning the use of Dakota;

21. Upon information and belief, Sergeant Irwin interviewed the plaintiff, Kevin Cutler;

22. Upon information and belief, Sergeant Irwin found my use of the canine Dakota in this case to be proper and justified under the circumstances.

Dated at ~~12/15/04~~ Ashford, Connecticut, this 15th day of December, 2004.

_____
William Proulx

STATE OF CONNECTICUT      )
                          ) ss: Ashford
COUNTY OF                 )

Subscribed and sworn to before me this 15th day of December, 2004.

_____
Commissioner of the Superior Court
Notary Public
~~My commission expires:~~

3