UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | NO.: 3:02CV1939 (GLG) |
| v. | |
| WILLIAM PROULX, JON STOSUY, ET AL | |

### A F F I D A V I T

I, **Sergeant Lisa Freeman**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. I have personal knowledge of the facts contained herein;

4. At all times mentioned herein, I was employed in the capacity of police officer with the East Hartford Police Department;

5. On November 6, 2001 at approximately 9:45 a.m, I was on routine patrol when I heard Officer Stosuy's call for backup while in pursuit of vehicle on Ellington Road;

6. Soon thereafter, I heard dispatch radio that Officer Stosuy had stopped the vehicle;

7. I arrived on the scene of the stopped vehicles approximately one to two minutes after I heard the dispatch that the vehicle had been stopped;

8. Upon arriving at the scene of the stopped vehicles, I observed Officer Stosuy and Officer Proulx on the scene and near the stopped vehicle and the arrestee, now known to be Kevin Cutler, handcuffed and sitting under a tree approximately 20 feet off the

road;

9. I did not witness the canine bite or the manner in which Kevin Cutler was handcuffed or brought under control by the officers;

10. I first went up to speak with Kevin Cutler;

11. Kevin Cutler was obnoxious toward the other two officers, making remarks such as "screw you guys."

12. Kevin Cutler did not appear to be in any pain;

13. While at the scene, I looked into the back seat of Mr. Cutler's vehicle and observed computer components, including keyboards;

14. Upon further inspection of these computer keyboards, I observed that the keyboards had serial numbers obscured by black magic marker;

15. During this time period, I had been investigating a string of commercial burglaries in the area involving computers and related equipment;

16. Based on my past training and experience, I knew and understood that obscuring or altering manufacturer's serial numbers on equipment is a criminal offense;

17. Based on my past training and experience, I knew and understood that obscuring or altering of manufacturer's serial numbers is likely undertaken by a person to conceal the identify of stolen equipment;

18. Based on the discovery of the keyboards with obscured manufacturer's serial numbers, we moved our search to the trunk of the vehicle in search of more possibly stolen computer equipment or other contraband or evidence;

19. I returned to the police department after leaving the scene;

20. At the police department, I first noticed that the police canine had bitten Kevin Cutler;

21. At this time, Kevin Cutler was showing the ambulance personnel his dog bites;

22. I have been a police officer with the Town of East Hartford since 1994.


Dated at East Hartford, Connecticut, this 14th day of December, 2004.

Sgt. L. Freeman
Sergeant Lisa Freeman


STATE OF CONNECTICUT    )
                        ) ss: East Hartford
COUNTY OF               )

Subscribed and sworn to before me this 14th day of December, 2004.

Commissioner of the Superior Court
Notary Public
My commission expires:

3