# EAST HARTFORD POLICE DEPARTMENT

EAST HARTFORD, CONNECTICUT

PAGE. 8/12

SUPPLEMENT OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME OF INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11-06-01 | 11-06-01  0945 | M.V. Violation |

| IF STATEMENT GIVEN BY | TAKEN BY | WHERE TAKEN | DATE/TIME TAKEN |
|---|---|---|---|
| | | | |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS; YOU HAVE A RIGHT TO REMAIN SILENT, IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN, AND WILL BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU. IF YOU WISH, BEFORE ANY QUESTIONING, IF YOU WISH TO ANSWER QUESTIONS YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND MAY HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING.

WARNING UNDERSTOOD _____ SIGNED _____

On 11-06-01 I arrested Ofc. Stacey with a motor vehicle stop on Ellington Road. While searching the vehicle incident to custodial arrest I found two digital computer keyboards on the rear seat of the vehicle. I noticed that the serial numbers on the keyboards had been crossed out with a black magic marker.

I had Ofc. Stacey seize the keyboards due to a recent burglary investigation. See Case # 01-32042. A string of commercial burglaries have occurred in East Hartford involving computers and related equipment.

At police headquarters I used acetone to remove the black magic marker in order to reveal the serial number. Doing so I ran the serial #'s on the keyboards, S/N HCT03005369 and S/N HCT03005042. The serial numbers were negative N.C.I.C. The keyboards were tagged as evidence and secured in the evidence room.

Subscribed and sworn to before me _____ in the East Hartford Police Department, in the State of Connecticut this 6TH day of Nov 19, 20__ Signed _____

Auth: C.G.S.A. 1-24

| INVESTIGATING OFFICER | DATE | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO: |
|---|---|---|---|---|---|
| Ofc. L. Freeman #733 | 11-06-01 | | | | |

STATUS  ☐ UNFOUNDED  ☐ OPEN  ☐ CLOSED

APPROVED BY _____   DATE 11-6-01