EAST HARTFORD POLICE DEPARTMENT

# 242.10.00

```
GENERAL ORDER 41.02.17                    DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE                  EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL             EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION RESCINDS:  N/A
```

PURPOSE: To establish guidelines and procedures relative to the East Hartford Police Department (K-9) Canine Unit.

POLICY: It shall be the policy of the East Hartford Police Department to establish a Canine (K-9) Unit consisting of one or more highly trained teams (Handler and Dog) to assist in all relevant aspects of police work.

ADMINISTRATIVE CONTROL: The K-9 Unit shall be part of the Patrol Division. The K-9 Team will be assigned to C squad and a district. The Watch Commander for that shift shall have responsibility for the team's daily activities and the Operations Commander shall have overall responsibility for the unit. The number of teams will be determined by the Chief of Police.

GENERAL PROVISIONS: K-9 Teams are especially useful in accomplishing the following:

   A. Tracking: Locating missing persons, escaped prisoners, or criminal suspects in open areas or enclosed areas, such as buildings.

   B. Patrolling high crime areas.

   C. Handling spectators at major fires, accidents, and aircraft mishaps.

   D. Preventing looting at disaster scenes and after severe weather damage.

   E. Controlling crowds at picket lines, amusement areas, civic events, civil demonstrations, when riotous situations are imminent.

   F. Searching crime scenes for trace evidence.

   G. Locating lost or stolen property.

   H. Providing positive public relations by offering informational lectures and demonstrations.

PROCEDURE:

REQUESTS FOR K-9 TEAM RESPONSE:

   All requests for in-town assistance of a K-9 team must be approved by the Watch Commander. Authorization for calling out an off-duty K-9 Team will come from the on-duty Watch Commander or his designee. When authorized, the off-duty K-9 Team should be dispatched to a K-9 situation as soon as possible.

EAST HARTFORD POLICE DEPARTMENT

---

```
GENERAL ORDER 41.02.17                   DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE                 EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL            EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION RESCINDS:  N/A
```
---

MUTUAL AID:

   Mutual aid involving an off-duty East Hartford Police K-9 Team requires authorization from the Chief of Police. While the K-9 Team is on-duty, authorization to assist in surrounding communities must come from the Watch Commander based on case load, manpower, duration of K-9 service, etc..

PROCEDURES FOR PATROL OFFICERS AT SEARCH SCENES:

  A. Patrol officers should bear in mind that, in criminal matters, any track, scene or scent article greater than four (4) to six (6) hours old would probably not be accepted by the courts, even if the dog were to locate the suspect. Therefore, in a criminal case, it is not advisable to request a K-9 team for any track greater than six (6) hours old.

  B. In missing persons cases the police dog can generally track on trails up to 24 hours old. In cases where the trail is over 24 hours old a bloodhound should be utilized.

  C. Once it has been determined that a K-9 team is necessary, officers at the scene are instructed to conduct themselves as follows:

    1. Secure the area until the K-9 team arrives.

    2. Do not contaminate the area or scent article in any way (Physical presence or chemical). If the area to be searched is outside, or may lead to the outside, turn off car engines.

    3. If a potential scent article MUST be handled, with your hand inside a clear plastic evidence bag turned inside out, pick up the item, turn the bag right side in and place the closed bag in a safe location.

    4. Assist the K-9 team only as requested by the K-9 handler, or by the supervisor at the scene.

    5. Keep away from doors and windows.

    6. Keep noise to a minimum.

    7. Keep area clear of civilian personnel.

BUILDING SEARCHES:

  A. When it has been determined that a burglary has occurred, and that the suspect(s) may be on the premises, the officer(s) at the scene MAY request that a K-9 team respond to the scene.

EAST HARTFORD POLICE DEPARTMENT

---

```
GENERAL ORDER 41.02.17                      DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE                    EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL               EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION RESCINDS:  N/A
```
---

1. The requesting officer(s) will then attempt to seal off the suspected area, with the aid of additional units, if necessary. The officer(s) at the scene should not enter the building or contaminate either the point of entry or exit.

2. Upon arrival of the K-9 team, the officer in charge of the scene will advise the team of the situation.

3. Prior to entering the area to be searched, the K-9 officer will announce his intent to release the dog for search, and will allow the suspect a reasonable time to come out of hiding and give himself up.

4. Those officers assigned to the outer perimeter of the building will not enter the site while the K-9 team is conducting the search, unless specifically asked to do so by the K-9 handler or the supervisor at the scene. These officers should secure all possible avenues of escape.

5. At least one officer or supervisor should accompany the K-9 team during the building search.

6. Should the suspect(s) be apprehended by the K-9 team, the handler will turn over the suspect to one of the back-up officers and the search will continue until the K-9 handler, or supervisor, is satisfied that all possible suspects have been apprehended or have escaped the area.

FIELD SEARCHES:

A perimeter must be maintained, and all scent articles or possible trails must not be contaminated. The search procedure for the field search is similar to the building search, except that steps must be taken to insure that civilians do not wander into the search area.

In the event that the suspect(s) fled from a motor vehicle, officers at the scene should not enter the vehicle, but remain at a distance away from the vehicle, if possible. Any registration information should be obtained via computer.

MISSING PERSON SEARCHES:

A. Not every situation will require a physical search for a missing person. The first responding officer should analyze the circumstances and decide on the proper course of action.

B. If the circumstances dictate that a physical search should commence, request a supervisor to respond to the scene. The initial search resources necessary should be determined and contacted.

EAST HARTFORD POLICE DEPARTMENT

---

GENERAL ORDER 41.02.17                  DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE                EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL           EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION   RESCINDS:   N/A

---

   C. The first responding officer will take the initial report. That report should include:
  1. A complete physical description.
  2. Description of clothing and footwear.
  3. The subject's previous history - has he ever been missing before, if so, for how long? Where was he located? How was he located? How did he travel?
  4. Is the subject suffering from any mental or physical problems? (senile, suicidal, depressed, on any medication).

   D. Conduct a thorough search of the subject's residence (or last known location). Include the cellar, attic, storage areas, closets, under beds, out-buildings, and visually check hazards, such as swimming pools, ponds in the immediate area, etc. The search should be conducted by a police officer. DO NOT TAKE THE WORD OF THE FAMILY THAT THIS HAS BEEN DONE.

   E. Check with neighbors, relatives and friends.

   F. When all of the above have been satisfied, and it is determined that a physical search will have to be conducted, control access to the scene. Protect the point the missing person was last known to have been. Keep unnecessary personnel out of the area, and thereby limit the amount of contamination.

   G. After the request for the K-9 team has been approved by the Watch Commander, the officer(s) at the scene should protect the scene and turn off all car engines. If it is necessary to keep the car engine running, park a considerable distance away, as exhaust fumes destroy human scent.

   H. Inquire as to what is available for a scent article. If the article is available at the scene, or nearby, let the K-9 officer obtain it upon his arrival. If it is not nearby the K-9 officer will give you instructions on how to handle it.

   I. Generally, the supervisor at the search scene will make all necessary decisions regarding how the search is to be conducted, however, it should be kept in mind that time delay becomes a crucial factor in the success or failure of the search.

CROWD CONTROL:

   A. Police dogs may be used in crowd control, to aid in the safety of other officers, as well as the safety of the general public.

  1. On those occasions when K-9 teams are used during crowd control situations, the dogs will remain on leash, and will not be released.
  2. Each K-9 team will also be assisted by at least one other

EAST HARTFORD POLICE DEPARTMENT
```
--------------------------------------------------------------------
GENERAL ORDER 41.02.17                    DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE                  EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL             EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION RESCINDS:  N/A
--------------------------------------------------------------------
```

    officer, per team, to assist with the apprehension of any prisoners that might be taken.

DOG BITES:

Whenever a department canine bites or otherwise injures someone, the handler will promptly report the incident to the Department and that agency having jurisdiction if the incident occurs out of town for the purpose of investigation.

   A. Provide the necessary first aid or medical attention.

   B. Subject will be treated at a local hospital if necessary.

   C. An incident occurring in town or the greater Hartford area shall be investigated by a patrol sergeant or higher ranking officer of this department. (Who shall file a separate report)
      1. Several color photos of the injured area to be taken.
         a. Close-up of injured area(s).
         b. Photo of injured person for identification (showing injury and face).
      2. Written statements of witnesses will be taken.
      3. Written statements of victim will be taken.

   D. An incident occurring outside the greater Hartford area shall be reported by the handler to that agency having jurisdiction and requested to fully investigate and document the incident. The handler shall promptly report the incident to the Watch Commander and the handler will submit a separate report to the Operations Commander.

RESPONSIBILITY OF THE HANDLER:

   A. Each handler certified for patrol shall be allowed 60 minutes per shift for maintenance and care of equipment, dog, and vehicle.

   B. Each handler will be required to have his assigned dog with him during each tour of duty.

   C. K-9 teams have a massive deterrent value that cannot be readily measured. Therefore, K-9 teams should be dispatched to hazardous or violent situations (example: large fights involving several people, barricaded persons, building searches at burglaries, unruly crowds, etc.)

   D. Patrol K-9 teams may give public demonstrations upon approval of the Chief of Police.

   E. Each K-9 handler shall be responsible for maintaining a K-9

EAST HARTFORD POLICE DEPARTMENT

---

GENERAL ORDER 41.02.17                    DATE OF ISSUE:     12/24/90
SUBJECT: PATROL - CANINE                  EFFECTIVE DATE:    12/21/90
DISTRIBUTION: SWORN PERSONNEL             EFFECTIVE UNTIL:   INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION  RESCINDS:       N/A

---

activity log. This log shall consist of the Canine Incident Form and shall be completed for each individual K-9 use.

F. K-9 officers shall file supplemental reports (separate form) for any investigation they have assisted in.

G. Each K-9 handler is responsible for providing all records relative to his dog to the Training Division. (i.e. immunization, license, training etc.)

H. Each K-9 handler shall maintain his canine at his place of residence and shall be responsible to see that the canine is properly cared for.

I. Dogs shall only be treated by Department authorized veterinarians.

J. The East Hartford Police Department shall be responsible for all authorized monetary expenses associated with the canine. These expenses, routine or emergency, shall be authorized by the Chief of Police or his designee.

K-9 TEAM TRAINING:

A. The K-9 team will be certified by the Connecticut State Police prior to any field duty, or other recognized training program as determined by the Chief Of Police.

B. After certification the K-9 Team shall obtain in-service training one (1) day per month and one (1) week per year to maintain certification. The Connecticut State Police will conduct semiannual testing for recertification, or the chief of Police may designate acceptable training.

C. Each K-9 handler is required to train a minimum of two (2) times per week with his canine while on duty and will record the training on a training log. The K-9 handler may train during off-duty hours as necessary.

RECORD KEEPING:

All records pertaining to the Canine will be kept by the Training Division as a separate personnel record. These records will include at least the following:

A. Training

B. Hospital treatment for canine

C. Equipment purchased.

EAST HARTFORD POLICE DEPARTMENT

```
------------------------------------------------------------------
GENERAL ORDER 41.02.17                DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE              EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL         EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION RESCINDS:  N/A
------------------------------------------------------------------
```

    D. Care and feeding of canine.

    E. Cases handled (separate form).

K-9 VEHICLE USE:

The department will provide a suitable vehicle for use by each K-9 team. This vehicle shall be a marked unit with words similar to "K-9" displayed on it. This vehicle will remain the property of the Town of East Hartford and will be serviced and maintained by the department. The canine handler will be responsible for maintaining the assigned vehicle and all equipment in a clean and proper condition.

Use of this vehicle is restricted to the following situations:

    A. Transportation to and from work at the East Hartford Police Department.

    B. Use while on-duty.

    C. Transportation to and from training sessions.

    D. Transportation to and from approved maintenance appointments.

    E. Transportation to and from medical appointments and emergency medical calls for the Canine.

    F. The K-9 Unit will transport prisoners unless the handler perceives a potential problem doing so.

    H. The K-9 Unit will handle animal complaints but shall not provide transportation.

Use of this vehicle will be limited to department business only. Any exceptions must be approved by the Operations Commander.

PERSONNEL SAFEGUARDS:

    A. Personnel will be able to pet the canine, but only with permission of, and in the presence of the handler. Personnel will not hug or lean down closely to the canine's head.

    B. Under no circumstances will personnel tease, intimidate, or agitate the dog, with exception of the handler or during training.

    C. Personnel will heed the direction of the dog handler when the K-9 is involved in a specific problem.

    D. Except in an emergency, or with prior approval, only the handler will give the dog commands.

EAST HARTFORD POLICE DEPARTMENT

---

```
GENERAL ORDER 41.02.17                DATE OF ISSUE:    12/24/90
SUBJECT: PATROL - CANINE              EFFECTIVE DATE:   12/21/90
DISTRIBUTION: SWORN PERSONNEL         EFFECTIVE UNTIL:  INDEFINITE
SECURITY CLASS.: NOT FOR PUBLIC INFORMATION  RESCINDS: N/A
```
---

    E. Personnel will not feed the canine without permission of the handler.

KENNELING OF K-9:

Each canine will live with that assigned handler and his/her family as a house pet within the handler's residence. Whenever a handler is on extended leave due to illness, injury or vacation, the handler will make arrangements for kenneling of the dog, unless the handler can demonstrate full control over the canine during the entire period of his/her absence.

RETIREMENT OF THE CANINE:

A department canine will be retired from service when it cannot physically or mentally perform to standards. Any canine retired, may be turned over to the handler, or other prospective owner, if the prospective owner signs a release form accepting all responsibility for said canine.

*[signature]*
RICHARD BRAZALOVICH
Acting Chief of Police