




RECEIVED
NOV 27 2002
BY: TPG

COPY

#01-32479
11/6/01
Kevin Cutler
Put into Property (132)





RECEIVED
NOV 27 2002
BY: TPG

COPY

#01-32479
11/6/01
Kevin Cutler
Put into Property (132)