STATE  OF  CONNECTICUT

SUPERIOR COURT

GEOGRAPHICAL AREA 12 AT MANCHESTER

```
-----------------------------x
STATE OF CONNECTICUT,
            Plaintiff            MV 01-0343667
V.

KEVIN S. CUTLER,                 MAY 3, 2002
            Defendant
-----------------------------x
```

B e f o r e:

HONORABLE JORGÉ SIMÓN, Judge

A p p e a r a n c e s:

LISA HERSKOWITZ, Esq.
Assistant State's Attorney
for the Plaintiff

TIMOTHY FITZGERALD, Esq.
for the Defendant

Gleda R. Miller, Court Monitor

-1-

1    ATTORNEY HERSKOWITZ: Your Honor, on the regular docket
2  at line 12, Kevin Cutler.
3    ATTORNEY FITZGERALD: Good morning, your Honor.
4  Timothy Fitzgerald for Mr. Cutler.
5    THE COURT: Counsel, good morning. And, Mr. Cutler,
6  good morning, sir.
7    MR. CUTLER: Good morning.
8    THE COURT: Take your hands out of pocket, Mr. Cutler.
9  Yes, Counsel?
10   ATTORNEY HERSKOWITZ: We have a disposition, your
11 Honor.
12   THE COURT: Prior pleas withdrawn?
13   ATTORNEY FITZGERALD: Yes, your Honor.
14   THE COURT: So ordered.
15   ATTORNEY HERSKOWITZ: Mr. Cutler, in Docket MV 01-
16 343667S, to the charge of traveling unreasonably fast, how
17 do you plea: guilty or not guilty?
18   MR. CUTLER: Guilty.
19   ATTORNEY HERSKOWITZ: Your Honor, this incident
20 occurred November 6, 2001 in East Hartford on Ellington
21 Road, a public highway in East Hartford. Mr. Cutler was
22 traveling at a high rate of speed, your Honor, which given
23 the time of day — it was 9:45 in the morning on a weekday
24 — and the character of the area, there are a lot of
25 driveways, a lot of vehicles come onto the road, go off
26 the road and everything, it was unreasonable in light of
27 all the circumstances, your Honor.

-2-

1    The agreement is a for $90 fine plus costs and the
2    state would like to just put some reasons for the
3    disposition on the record after your Honor accepts the
4    plea.
5    THE COURT:  Go ahead.
6    ATTORNEY HERSKOWITZ:  Well, your Honor, this case was
7    scheduled to go to a jury trial at the end of this month.
8    It's a case where, you know, according to the officers,
9    speeding turned into an engaging and pursuit which turned
10   into an interfering and Mr. Cutler was ultimately subdued
11   with the use of a police canine, your Honor, and sustained
12   several bite injuries.
13   Whenever you have a case like that, your Honor, there's
14   always a possibility of jury nullification.  Even if the
15   jurors believe the officers and everything, there's always
16   a chance — I experienced it in a trial I did here, as a
17   matter of fact — that they'll kind of call it even or say
18   the person's been punished enough.  And to overcome that,
19   the state needs to have — you know, these are some very
20   serious charges — you know, it's kind of difficult to
21   overcome that possibility with a jury.
22   I'll note in this case, your Honor, as well the — I
23   spoke to Officer Stoucy.*  I think he's a very credible
24   witness.  He would make a credible witness to the jury in
25   terms of the pursuit and everything: the motor vehicle
26   charges.  However, your Honor, I'll note that there was a
27   problem apparently with the — this happened in November —

starting in September with the recording system at the East Hartford Police Department where the — there should have been a tape really that would have recorded the pursuit and everything and the movements and because the Dictaphone system was malfunctioning, none of that was recorded. And that's the type of thing, too, that a jury might hold against the state, just that the state — or the police should have been able to provide that type of collaboration, but we wouldn't in this case because of the malfunction which was out of the control of the police department.

But I'll note, your Honor, that the officer said that Mr. Cutler was doing 86 miles an hour. He got that on the laser radar. For reckless it has to be over 85 miles an hour and actually the error rate of the machine is plus or minus 1 mile an hour. I'll note to your Honor that there was a rifle found in the trunk. Mr. Cutler has provided an affidavit saying that he's a target shooter. He has a pistol permit. He also uses the rifle for target shooting. And he's provided an affidavit stating that it was his intention, if his work schedule allowed, to go target shooting that afternoon. The state had added the charge of weapon in a motor vehicle.

I'll also note, your Honor, that I had asked the East Hartford Police Department to provide me with the address and phone number for the canine officer who had since retired from the police department so I could subpoena him

-4-

1  and talk to him before preparing a long form information.
2  And that was a couple of weeks ago, your Honor, and the
3  state was not provided with the address or phone number.
4  It was indicated he would call and he has not, your Honor.
5       I just wanted to put those reasons on the record. All
6  in all, I think it's a fair disposition, your Honor.
7       THE COURT: All right. Thank you.
8       Counsel, anything else you want to add?
9       ATTORNEY FITZGERALD: Your Honor, I think the state was
10 prepared to nolle all the remaining charges —
11      ATTORNEY HERSKOWITZ: Yes, your Honor.
12      ATTORNEY FITZGERALD: — and I was moving for a
13 dismissal of those charges. And there is some property at
14 issue — it was the subject of a motion to dismiss — his
15 rifle and rifle case and there was ammunition and
16 miscellaneous things in his trunk that were seized. I
17 think they're on the inventory.
18      THE COURT: All items are returned at this time.
19      ATTORNEY FITZGERALD: Thank you, your Honor.
20      THE COURT: As to the charge itself, I assume, Mr.
21 Cutler, you've had an opportunity to speak to your
22 attorney about this disposition and based on his
23 recommendation and his conversations with the prosecutor
24 and your conversations with him, that you decide to go
25 along with the agreement he's worked on your behalf. Is
26 that correct, sir?
27      MR. CUTLER: Correct.

-5-

1   THE COURT: Did anyone force you, threaten you to enter
2   your plea here today?
3   MR. CUTLER: No.
4   THE COURT: And you heard the facts as to what happened
5   regarding the unreasonable speed. Is that what happened,
6   sir?
7   MR. CUTLER: Yes.
8   THE COURT: And you understand that once I accept your
9   plea and you pay the fine, you cannot take back your plea,
10  sir?
11  MR. CUTLER: Yes. Correct.
12  THE COURT: And you're prepared to pay that fine today.
13  Is that correct?
14  MR. CUTLER: Yes.
15  THE COURT: I'll make a finding of guilty and impose
16  that fine of $90 plus costs and fees.
17  And based on counsel's motion for dismissal — the state
18  prepared to go forward?
19  ATTORNEY HERSKOWITZ: No, your Honor.
20  THE COURT: — the charges are dismissed at this time.
21  ATTORNEY FITZGERALD: Thank you, your Honor.
22  THE COURT: You're welcome.

◊   ◊   ◊

*denotes phonetic spelling

STATE OF CONNECTICUT

SUPERIOR COURT

GEOGRAPHICAL AREA 12 AT MANCHESTER

```
------------------------x
STATE OF CONNECTICUT,
              Plaintiff                    MV 01-0343667
V.

KEVIN S. CUTLER,                           MAY 3, 2002
              Defendant
------------------------x
```

CERTIFICATION

I hereby certify that the foregoing is a true and accurate transcript of the tape of the proceeding on the above-entitled case, heard before the Honorable Jorgé Simón, Judge of the Superior Court, for Geographical Area 12 at Manchester, Connecticut on the 3rd day of May 2002.

Dated this 24th day of May 2002 at Hartford, Connecticut.

_____
Gleda R. Miller, Court Monitor