JUN. 06. 2002 (THU) 10:15   HDSEGUR                               PAGE. 11/12

# EAST HARTFORD POLICE DEPARTMENT
EAST HARTFORD, CONNECTICUT                                SUPPLEMENT/OR STATEMENT

| CASE # | DATE OF THIS REPORT | DATE/TIME OF INCIDENT | INCIDENT/COMPLAINT |
|---|---|---|---|
| 01-32479 | 11-6-01 | 11-6-01 0945 | MV. / Weapon |

| IF STATEMENT GIVEN BY | TAKEN BY | WHERE TAKEN | DATE/TIME TAKEN |
|---|---|---|---|
|  |  |  |  |

**WARNING** THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS: YOU HAVE A RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU, IF YOU WISH, BEFORE ANY QUESTIONING. IF YOU WISH TO ANSWER QUESTIONS YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND MAY HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING.

WARNING UNDERSTOOD                                              SIGNED

After speaking with Ofc. Proulx, the accused and reviewing his report; Ofc. Proulx's use of K-9 Dakota in the apprehension of the accused Cutler was consistent with East Hartford Police Dept Policies and procedures.

Subscribed and sworn to before me a SGT. _____ in the East Hartford Police Department, in the State of Connecticut this 6th day of Nov   A.D. 2001   Signed _____ #130   Auth: C.G.S.A. 1-24

| INVESTIGATING OFFICER | DATE | REFER TO PRIOR CASE | AMOUNT LOST | AMOUNT RECOVERED | DIRECT COPIES TO: |
|---|---|---|---|---|---|
|  | 11-6-01 |  |  |  |  |

STATUS   ☐ UNFOUNDED  ☐ OPEN  ☐ CLOSED    APPROVED BY _____ #130   DATE 11/6/01