UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | :    NO.: 3:02CV1939 (GLG) |
| v. | : |
| WILLIAM PROULX, JON STOSUY, ET AL | : |

## A F F I D A V I T

**I, Sergeant Timothy Irwin**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. That I am a Sergeant for the East Hartford Police Department;

4. At all times, the East Hartford Police Department had a written general order that each dog bite incident would be investigated and documented by a supervising officer, in addition to photographs of dog bite injuries;

5. In accordance with this policy, I interviewed Officer Proulx and reviewed Officer Proulx' report;

6. I also interviewed Kevin Cutler while Mr. Cutler was at the police station;

7. Photographs were taken of Kevin Cutler's injuries while he was at the station;

8.  Based on my investigation, I determined that Officer Proulx's use of the canine Dakota to apprehend and control Kevin Cutler was appropriate use of force under our use of force guidelines in place at the time.

Dated at East Hartford, Connecticut, this 15th day of December, 2004.

_Sgt Timothy Irwin_
Sergeant Timothy Irwin

STATE OF CONNECTICUT     )
                         ) ss: East Hartford
COUNTY OF                )

Subscribed and sworn to before me this 15th day of December, 2004.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My commission~~ expires: