UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | NO.: 3:02CV1939 (GLG) |
| v. | |
| WILLIAM PROULX, JON STOSUY, ET AL | |

## AFFIDAVIT

I, **Sergeant Robert Rioux**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. That I am the Training Sergeant for the East Hartford Police Department;

4. As the Training Sergeant, I have access to personnel and training files, and have obtained the following from Officer Stosuy's, Officer Proulx's, and Sergeant Freeman's files and/or have personal knowledge of the following;

5. The aforesaid Officers and Sergeant had completed training at the Connecticut Municipal Police training Academy;

6. While at the Academy, the aforesaid Officers and Sergeant received training, *inter alia*, regarding: criminal investigation, human relations, defensive tactics, and use of force, search and siezure;

7.      From the year ending 1997, the aforesaid Officers and Sergeant were required to complete forty-five hours of training in job related subjects within a three-year period to re-certify;

8.      In July of 2002, this requirement was increased to 60 hours of training in job related subjects within a three-year period to re-certify;

9.      At the time of the November 6, 2001 incident, the aforesaid Officers and Sergeant had attended supplemental training courses as part of their re-certification requirements (including laws of arrest, stopping suspects, use of force, search and seizure), and were in full compliance with the re-certification requirements in place at that time.

Dated at East Hartford, Connecticut, this 14th day of December, 2004.

_____
Sergeant Robert Rioux

2

STATE OF CONNECTICUT )
) ss: East Hartford
COUNTY OF )

Subscribed and sworn to before me this 14th day of December, 2004.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My commission expires:~~