UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | : NO.: 3:02CV1939 (GLG) |
| | : |
| v. | : |
| | : |
| WILLIAM PROULX, JON STOSUY, | : |
| ET AL | : |

### A F F I D A V I T

I, **Sergeant Kevin Rodino**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. That I am a Training Sergeant for the Connecticut State Police Canine Academy;

4. As the Training Sergeant, I have access to training files, and have reviewed the following from Officers Proulx's training files, and/or have personal knowledge of the following;

5. Officer Proulx was a certified canine handler at the time of the subject incident, November 6, 2001, having been certified by the Connecticut State Police Canine Academy;

6. Officer Proulx was certified with his canine Dakota;

7. At the time of the incident, Officer Proulx had completed all the Connecticut State Police Canine Academy requirements for certification and re-certification, which includes a thirteen week initial training period, in-service training once a month, and semi-annual training and testing;

8. The Connecticut State Police adopted CALEA 1.2.6 and 1.3.1 as their canine use of force guidelines;

9. This canine use of force guideline, and applicable law, is instructed to and utilized by student K-9 teams as a requirement for certification;

10. Student K-9 teams are trained to follow the Connecticut State Police canine use of force policy, at a minimum. Although some municipalities have been known to adopt the Connecticut State Police use of force policy, other municipalities may adopt stricter canine use of force standards.

Dated at _____, Connecticut, this _17th_ day of December, 2004.

_____
Sergeant Kevin Rodino

3

STATE OF CONNECTICUT             )
                                 ) ss:
COUNTY OF                        )

      Subscribed and sworn to before me this ___ day of December, 2004.

                                  Commissioner of the Superior Court
                                  Notary Public
                                  My commission expires: