UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN S. CUTLER | : NO.: 3:02CV1939 (GLG) |
| v. | : |
| WILLIAM PROULX, JON STOSUY, ET AL | : |

### A F F I D A V I T

I, **Sergeant Timothy Juergens**, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I understand the obligations of an oath;

3. That I am a Sergeant for the East Hartford Police Department assigned to the Office of Professional Standards;

4. As the Sergeant in the Office of Professional Standards, I have access to East Hartford Police Department files, and I have obtained the following information from these files and/or have personal knowledge of the following.

5. During Officer Proulx' tenure with the Town of East Hartford Police Department, in approximately 1992, Officer Proulx was investigated for the on-duty shooting death of Eric Reyes;

6. The Eric Reyes case was investigated by the East Hartford Office of Professional Standards and the U.S. Department of Justice;

7. After an in-depth investigation of the Eric Reyes' case, the U.S. Department of Justice found that "no additional investigation is being requested and the conclusion is

reached that Officer Proulx's 'account of acting in self defense in the context of an assault by numerous teenagers is corroborated by his assaulters and other independent witnesses.'" (U.S. Department of Justice Report);

8. The East Hartford Officer of Professional Standards exonerated Officer Pruoulx for his use of deadly force in the Eric Reyes case.

9. During Officer Proulx' tenure with the Town of East Hartford Police Department, in the late 1980s, Officer Proulx in addition to three other officers were investigated into the sudden death of Roger Giannini while the suspect was in custody;

10. Autopsy report from the Chief Medical Examiner's Office revealed that Roger Giannini's sudden death was caused by "[a]cute cocaine intoxication with collapse following altercation with acquaintance and restraint by police.";

11. The East Hartford Officer of Professional Standards exonerated Officer Pruoulx and the other three officers in the Roger Giannini case;

12. After an investigation into the Giannini case, the U.S. Department of Justice found that " …based on the information currently available to us, this Department has no intention of taking any further action." (U.S. Department of Justice Report);

13. Chief Mark Sirois was made acting chief in March of 2000 and sworn in as Chief of the police department on February 16, 2001, being only one month before the subject incident.

Dated at East Hartford, Connecticut, this 14th day of December, 2004.

Sergeant Timothy Juergens

STATE OF CONNECTICUT        )
                            ) ss: East Hartford
COUNTY OF                   )

Subscribed and sworn to before me this 14th day of December, 2004.

_____
Commissioner of the Superior Court
Notary Public
~~My commission expires:~~