

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

150 Court Street
New Haven, CT 06510
October 19, 1993

Mr. James W. Shay
Chief of Police
East Hartford Police Department
497 Tolland Street
East Hartford, Connecticut 06108

Dear Jim:

    I'm enclosing a copy of a "Notice to Close File" prepared by the Civil Rights Division of the Department of Justice with respect to the Erick Reyes civil rights investigation. As you know, this office carried an indepth investigation and forwarded our results to the Department of Justice through our Headquarters. You'll note that as stated on page three of this DOJ notice, no additional investigation is being requested and the conclusion is reached that Officer Proulx's "account of acting in self defense in the context of an assault by numerous teenagers is corroborated by his assaulters and other independent witnesses."

    I want to express my great appreciation to you and your department for the outstanding cooperation we received in this investigation. All members of your department were extremely professional, making the responsibilities of this office much easier to carry out.

Sincerely yours,

Milt Ahlerich
Special Agent in Charge

RECEIVED
OFFICE OF THE CHIEF

OCT 25 1993

EAST HARTFORD
POLICE DEPT.