**NOTIFICATION TO POLICE**
ME-23 Rev. 6/82

STATE OF CONNECTICUT
DEPARTMENT OF HEALTH SERVICES
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
P.O. BOX 427, FARMINGTON, CT 06032    TEL.: 677-7784

| M.E. CASE # | 88-08608 |
| P.D. CASE # | |

This is to inform you that the cause of death of the following person is as stated below.

| NAME OF DECEASED | FOUND DEAD ON | AUTOPSY PERFORMED | DATE OF THIS NOTICE |
|---|---|---|---|
| Roger Giannini | 9-10-88 | ☐ NO  ☒ YES ON 9-10-88 | 10-20-88 |

The cause of death has been certified as: Acute cocaine intoxication with collapse following altercation with acquaintance and restraint by police.

The manner of death has been certified as: Undetermined.

TO:  ⌐ George F. Dayton, Chief of Police
     East Hartford Police Department
     497 Tolland St.
     East Hartford, CT  06108   ⌐

We are in need of the following:

☐ A report of the investigation conducted by your department into the circumstances of death.
☐ Confirmation of the identification of the deceased by fingerprints.
☐ Notification of Next of Kin to claim body.
☐ A representative of your department to call for evidence being held at this office.
☐ BLOOD ALCOHOL CONTENT ..... WT% (Motor Vehicle Fatalities Only)

_____ M.D.
Deputy Chief Medical Examiner

POLICE

HWC/cjc


(File)