

U.S. Department of Justice

Civil Rights Division

JRD:LKD:saf
~~DJ 144-14-676~~

Washington, D.C. 20530

June 01, 1992

Chief James W. Shay
East Hartford Police Department
497 Tolland Street
East Hartford, Connecticut 06108

Dear Chief Shay:

    The Civil Rights Division recently completed its review of the investigative report submitted by the Federal Bureau of Investigation concerning allegations that officers of your Department were involved in a criminal violation of federal civil rights statutes regarding a deprivation of the civil rights of Roger L. Giannini.

    After a careful review of that report we concluded that this matter should be closed. Accordingly, based upon the information currently available to us, this Department has no intention of taking any further action.

    Thank you for your interest and cooperation.

                            Sincerely,

                            John R. Dunne
                        Assistant Attorney General
                         Civil Rights Division

                  By: *Linda K. Davis*

                            Linda K. Davis
                                Chief
                           Criminal Section

```
RECEIVED
OFFICE OF THE CHIEF

JN - 8 1992

EAST HARTFORD
POLICE DEPT.
```