UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.:  3:02CV1939 (GLG) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PROULX, JON STOSUY, | : | |
| LISA FREEMAN, JANE/JOHN DOE, | : | |
| MARK J. SIROIS, CHIEF OF THE EAST | : | |
| HARTFORD POLICE DEPARTMENT, | : | |
| and THE TOWN OF EAST HARTFORD | : | JANUARY 12, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the plaintiff, KEVIN S. CUTLER, hereby moves the Court for an enlargement of time of thirty (30) days to respond to the defendants' Motion for Summary Judgment, dated December 15, 2004.  This is the first enlargement of time sought by the plaintiff.  The plaintiff submits the following in support of this motion:

(1) Discovery is not complete in this matter rendering any response to the defendants' Motion for Summary Judgment premature;

(2) Defendants' counsel consents to the foregoing enlargement of time.

WHEREFORE, the plaintiff respectfully requests the Court to grant this motion.

                                               **PLAINTIFF, KEVIN CUTLER**

                                    BY:_____
                                          David K. Jaffe

## CERTIFICATION

      This is to certify that a copy of the foregoing objection was mailed, postage prepaid, on this 12th day of January, 2005 to the following counsel of record:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                                                    _____
                                                      David K. Jaffe