# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KEVIN S. CUTLER                                    :
                                                   :
            v.                                     :  Civil Action No.
                                                   :  3:02cv1939 (SRU)
WILLIAM PROULX, ET AL.                             :


## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge

____    A ruling on all pretrial motions except dispositive motions

____    To supervise discovery and resolve discovery disputes

____    A ruling on the following motions which are currently pending:

_X_     A settlement conference

____    A conference to discuss the following: _____

____    Other: _____

SO ORDERED this 21st day of January 2005, at Bridgeport, Connecticut.


                                        /s/ Stefan R. Underhill_____
_____  Stefan R. Underhill
                                        United States District Judge