UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02-CV-1939 (SRU) |
| V. | : | |
| WILLIAM PROULX, ET AL. | : | FEBRUARY 21, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the plaintiff, **Kevin S. Cutler**, hereby moves the Court for an enlargement of time of 45 (forty five) days to respond to the defendants' Motion for Summary Judgment, dated December 15, 2004. This is the second enlargement of time sought by the plaintiff, the first motion being filed with the Court on January 18, 2005. The plaintiff submits the following in support of this motion:

(1) Discovery is not complete in this matter rendering any response to the defendants' Motion for Summary Judgment premature;

(2) The undersigned has recently changed law firms, with the concomitant disruption in all manner of things, and needs sufficient time for an orderly transition to take place;

(3) Defendants' counsel consents to the foregoing enlargement of time.

**WHEREFORE**, the plaintiff respectfully requests the Court to grant this motion.

                                      **Plaintiff, Kevin S. Cutler**

By: *David K. Jaffe*
      David K. Jaffe, Esq.
      Federal Bar No. 04640
      Brown Paindiris & Scott, LLP
      100 Pearl Street, Suite 1100
      Hartford, CT 06103
      Ph: (860) 522-3343
      Fax: (860) 522-2490
      Email: djaffe@bpslawyers.com

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was hand delivered, or mailed, first class postage prepaid, on this 21st day of February, 2005 to the following:

Kevin C. Hines, Esq.
136 West Main Street, P.O. Box 2950
New Britain, CT 06050
*Counsel for plaintiff, Kevin S. Cutler*

Daniel D. Dwyer, Esq.
J. Patrick Dwyer, Esq.
Dwyer, Sheridan & Fitzgerald
100 Sycamore Street, P.O. Box 537
Glastonbury, CT 06033
*Counsel for plaintiff, Kevin S. Cutler*

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, William Proulx, Jon Stosuy,*
*Lisa Freeman, Jane/John Doe, Mark J. Sirois*
*[Chief of the East Hartford Police Department],*
*and the Town of East Hartford*

David K. Jaffe