UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02-CV-1939 (SRU) |
| V. | : | |
| WILLIAM PROULX, ET AL. | : | MARCH 28, 2005 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of **Sally A. Roberts** as counsel for the plaintiff, **Kevin S. Cutler**, in addition to the appearance of **David K. Jaffe** of this firm already on file.

           **Plaintiff, Kevin S. Cutler**

      By: *Sally A. Roberts* (signature)
           Sally A. Roberts
           Federal Bar No. ct24828
           Brown Paindiris & Scott, LLP
           100 Pearl Street, Suite 1100
           Hartford, CT 06103
           Ph: (860) 522-3343
           Fax: (860) 522-2490
           Email: sroberts@bpslawyers.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was hand delivered, or mailed, first class postage prepaid, on this 28th day of March, 2005 to the following:

Daniel D. Dwyer, Esq.
J. Patrick Dwyer, Esq.
Dwyer, Sheridan & Fitzgerald
100 Sycamore Street, P.O. Box 537
Glastonbury, CT 06033
*Counsel for plaintiff, Kevin S. Cutler*

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, William Proulx, Jon Stosuy,
Lisa Freeman, Jane/John Doe, Mark J. Sirois
[Chief of the East Hartford Police Department],
and the Town of East Hartford*

                                        */s/ Sally A. Roberts*
                                        Sally A. Roberts