UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.: 3:02-CV-1939 (SRU) |
| V. | : | |
| WILLIAM PROULX, ET AL. | : | MARCH 28, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the plaintiff, **Kevin S. Cutler**, hereby moves the Court for an enlargement of time of 45 (forty five) days from the present deadline of April 11, 2005, to respond to the defendants' Motion for Summary Judgment, dated December 15, 2004. This is the third enlargement of time sought by the plaintiff, the previous motions being filed with the Court on January 18, 2005, and February 21, 2005. The plaintiff submits the following in support of this motion:

(1) Discovery is not complete in this matter rendering any response to the defendants' Motion for Summary Judgment premature;

(2) The undersigned has recently changed law firms, and the transition process has made completion of plaintiff's brief in opposition extremely difficult;

(3) Defendants' counsel consents to the foregoing enlargement of time.

**WHEREFORE**, the plaintiff respectfully requests the Court to grant this motion.

                              **Plaintiff, Kevin S. Cutler**

By: _____
David K. Jaffe, Esq.
Federal Bar No. 04640
Brown Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Ph: (860) 522-3343
Fax: (860) 522-2490
Email: djaffe@bpslawyers.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was hand delivered, or mailed, first class postage prepaid, on this 28th day of March, 2005 to the following:

Daniel D. Dwyer, Esq.
J. Patrick Dwyer, Esq.
Dwyer, Sheridan & Fitzgerald
100 Sycamore Street, P.O. Box 537
Glastonbury, CT 06033
*Counsel for plaintiff, Kevin S. Cutler*

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, William Proulx, Jon Stosuy,*
*Lisa Freeman, Jane/John Doe, Mark J. Sirois*
*[Chief of the East Hartford Police Department],*
*and the Town of East Hartford*

_____
David K. Jaffe

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW

100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767