UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN S. CUTLER | : | NO.:  3:02CV1939 (SRU) |
| V. | : | |
| WILLIAM PROULX, ET AL. | : | JULY 14, 2005 |

### MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure, Rule 23(e)(1)(A), the plaintiff, **Kevin S. Cutler**, hereby moves the Court to dismiss the above-captioned case, with prejudice, due to the fact that the parties have reached a fair and equitable final settlement on their own accord, in the amount of $18,000.00.

**WHEREFORE**, the plaintiff respectfully requests the Court to grant this motion.

**Plaintiff, Kevin S. Cutler**

By: _____
David K. Jaffe, Esq.
Federal Bar No. 04640
Brown Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Ph: (860) 522-3343
Fax: (860) 522-2490
Email: djaffe@bpslawyers.com

**ORDER**

A Motion to Dismiss having come before the Court, it is hereby:

ORDERED that this case be dismissed, with prejudice, on the grounds that the parties have reached a fair and equitable settlement.

                                                BY THE COURT

                                                _____

Date:                                      United States District Judge/ Clerk

**CERTIFICATION**

      This is to certify that a copy of the foregoing Motion was mailed, first class postage prepaid, on this 14th day of July, 2005 to the following:

Daniel D. Dwyer, Esq.
J. Patrick Dwyer, Esq.
Dwyer, Sheridan & Fitzgerald
100 Sycamore Street, P.O. Box 537
Glastonbury, CT 06033
*Counsel for plaintiff, Kevin S. Cutler*

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, William Proulx, Jon Stosuy,*
*Lisa Freeman, Jane/John Doe, Mark J. Sirois*
*[Chief of the East Hartford Police Department],*
*and the Town of East Hartford*

                                                                               David K. Jaffe